RWP:sls

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FT. LAUDERDALE DIVISION

CASE NO. 00-6023 CR-DIMITROULEAS

MAGISTRATE JUDGE
SNOW

IN RE GRAND JURY 98-02 FTL   )
_____)

### MOTION TO SEAL

The United States of America, by and through the undersigned Assistant United States Attorney for the Southern District of Florida, hereby moves this Court for an order sealing the Indictment, Penalty Sheets, Certificate of Trial Attorney, Arrest Warrants, Bond Recommendation Sheets, this Motion to Seal, and Sealing Order (except for copies to be used by law enforcement personnel during execution of their official duties in the investigation), and remain sealed in the custody of the Clerk of the Court until such time as the defendant has been arrested. In support thereof, the following is shown:

1. The defendant has not been previously indicted. Disclosure of the existence of these charges would hinder the ability of the United States to locate and arrest the defendant.

**WHEREFORE**, the United States requests that this Court order that the Indictment, Penalty Sheets, Certificate of Trial Attorney, Arrest Warrants, Bond Recommendation Sheets, Motion to Seal and this Sealing Order (except for copies to be used by law enforcement



personnel during execution of their official duties in the investigation) granting the same be **SEALED** until the defendant has been apprehended or further order of this Court.

Respectfully submitted,

THOMAS E. SCOTT
UNITED STATES ATTORNEY

Date: 1/27/00     BY: *Roger W. Powell*
ROGER W. POWELL
Assistant United States Attorney
COURT ID #341411
500 E. Broward Blvd., Ste. 700
Ft. Lauderdale, FL 33394-3002
Tel: (954)356-7255
Fax: (954)356-7336