# United States District Court

SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA

V.

PAUL MICHAEL HOWELL

**WARRANT FOR ARREST**

CASE NUMBER: 00-6023-CR-DIMITROULEAS

MAGISTRATE JUDGE SNOW

TO: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest **PAUL MICHAEL HOWELL**
Name

and bring him or her forthwith to the nearest magistrate to answer a(n)

| X | Indictment | | | Information | | | Complaint | | | Order of court | | | Violation Notice | | | Probation Violation Petition |

charging him or her with (brief description of offense)
**CONSPIRACY TO IMPORT AND DISTRIBUTE COCAINE AND MARIJUANA**

in violation of Title **21** United States Code, Section(s) **963, 952(a), 846 and 841(a)(1)**

Clarence Maddox
Name of Issuing Officer

Court Administrator/Clerk of the Court
Title of Issuing Officer

Issuing Officer (signature)

Jan. 27, 2000 - Ft. Lauderdale, FL
Date and Location

Bail fixed at $250,000 Corporate Surety bond with Nebbia

BARRY S. SELTZER
by UNITED STATES MAGISTRATE JUDGE
Name of Judicial Officer

| RETURN |
|---|
| This warrant was received and executed with the arrest of the above named defendant at _____ |

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST | | |

5

**THE FOLLOWING IS FURNISHED FOR INFORMATION ONLY:**

DEFENDANT'S NAME: PAUL MICHAEL HOWELL

ALIAS: _____

LAST KNOWN RESIDENCE: 1876 SW 177TH TERR., MIRAMAR, FL 33029

LAST KNOWN EMPLOYMENT: CADD ENGINEERING, 1011 IVES DAIRY RD., MIAMI, FL

PLACE OF BIRTH: UNKNOWN

DATE OF BIRTH: 02/28/68

SOCIAL SECURITY NUMBER: 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

HEIGHT: 5'5"          WEIGHT: .

SEX: MALE            RACE: BLACK

HAIR: BLACK          EYES: BROWN

SCARS, TATTOOS, OTHER DISTINGUISHING MARKS: _____

FBI NUMBER: _____

COMPLETE DESCRIPTION OF AUTO: 1995 GOLD LEXUS, SC400, TAG LNC 296

INVESTIGATIVE AGENCY AND ADDRESS: _____