COURT MINUTES

CHIEF U. S. MAGISTRATE JUDGE **LURANA S. SNOW** - FT. LAUDERDALE, FLORIDA

DEFT: PAUL HOWELL (J)           CASE NO: 00-6023-CR-DIMITROULEAS
AUSA: ROGER POWELL  *pres*      ATTY:
AGENT: CUSTOMS                  VIOL:
PROCEEDING I/A SEALED INDICTMENT   RECOMMENDED BOND 250,00 CSB
BOND HEARING HELD - yes/no      COUNSEL APPOINTED
    BOND SET @
    SPECIAL CONDITIONS:
1) To be cosigned by:
2) Rpt to PTS    x's a wk/month by phone;    x's a wk/month in person
3) Travel extended to:

Gov't moved to unseal - Order signed
Gov't requested PTD
Deft advised of charges - Cnsl to
be retained

NEXT COURT APPEARANCE:   INQUIRY RE COUNSEL: 2-1    11    Snow
                         (PTD)/BOND HRG:     2-3   10:30  Snow
                         PRELIM/ARRAIGN:     2-3   10:30  Snow
                         REMOVAL HRG:
                         STATUS CONF:

Date: 1/31/00   Time: 11:00   FTL/LSS TAPE #00-004   Begin: 1892   End: 2122

