# United States District Court

SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA

V.

PAUL MICHAEL HOWELL

**WARRANT FOR ARREST**

CASE NUMBER: 00-6023-CR-DIMITROULEAS

MAGISTRATE JUDGE SNOW

TO: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest __PAUL MICHAEL HOWELL__
Name

and bring him or her forthwith to the nearest magistrate to answer a(n)

| X | Indictment | | Information | | Complaint | | Order of court | | Violation Notice | X | Probation Violation Petition

charging him or her with (brief description of offense)
**CONSPIRACY TO IMPORT AND DISTRIBUTE COCAINE AND MARIJUANA**

in violation of Title __21__ United States Code, Section(s) __963, 952(a), 846 and 841(a)(1)__

Clarence Maddox
**Name of Issuing Officer**

Court Administrator/Clerk of the Court
**Title of Issuing Officer**

Issuing Officer

Jan. 27, 2000 - Ft. Lauderdale, FL
Date and Location

Bail fixed at $250,000 separate surety bond with Nebbia

BARRY S. SELTZER
by UNITED STATES MAGISTRATE JUDGE
Name of Judicial Officer

| **RETURN** |

This warrant was received and executed with the arrest of the above named defendant at

Ft. Lauderdale, FL

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
| --- | --- | --- |
| 1/28/2000 | James A. Tassone, US Marshal | |
| DATE OF ARREST | | Fred Depompa, SDUSM |
| 1/31/2000 | FOR: DEA | |

**THE FOLLOWING IS FURNISHED FOR INFORMATION ONLY:**

DEFENDANT'S NAME: <u>PAUL MICHAEL HOWELL</u>

ALIAS: _____

LAST KNOWN RESIDENCE: <u>1876 SW 177TH TERR., MIRAMAR, FL 33029</u>

LAST KNOWN EMPLOYMENT: <u>CADD ENGINEERING, 1011 IVES DAIRY RD., MIAMI, FL</u>

PLACE OF BIRTH: <u>UNKNOWN</u>

DATE OF BIRTH: <u>02/28/68</u>

SOCIAL SECURITY NUMBER: <u>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</u>

HEIGHT: <u>5'5"</u>    WEIGHT: _____

SEX: <u>MALE</u>    RACE: <u>BLACK</u>

HAIR: <u>BLACK</u>    EYES: <u>BROWN</u>

SCARS, TATTOOS, OTHER DISTINGUISHING MARKS: _____

_____

FBI NUMBER: _____

COMPLETE DESCRIPTION OF AUTO: <u>1995 GOLD LEXUS, SC400, TAG LNC 296</u>

INVESTIGATIVE AGENCY AND ADDRESS: _____

_____