# COURT MINUTES

CHIEF U. S. MAGISTRATE JUDGE **LURANA S. SNOW** - FT. LAUDERDALE, FLORIDA

DEFT: PAUL HOWELL (J)    CASE NO: 00-6023-CR-DIMITROULEAS
AUSA: ROGER POWELL / pres    ATTY: Mike Dursey
AGENT:    VIOL:
PROCEEDING INQUIRY RE COUSNEL    RECOMMENDED BOND
BOND HEARING HELD - yes/no    COUNSEL APPOINTED
_____ BOND SET @
_____ SPECIAL CONDITIONS:

1) To be cosigned by:
2) Rpt to PTS    x's a wk/month by phone;    x's a wk/month in person
3) Travel extended to:

Mr. Dursey has not been retained but will contact the court

re-set for tomorrow

NEXT COURT APPEARANCE:    INQUIRY RE COUNSEL: 2-2  11  LSS ✓
                         (PTD)/BOND HRG:
                         PRELIM/ARRAIGN:
                         REMOVAL HRG:
                         STATUS CONF:

Date: 2-1-00    Time 11:00    FTL/LSS TAPE #00- 004    Begin: 2981    End: 3088

