# COURT MINUTES

CHIEF U. S. MAGISTRATE JUDGE **LURANA S. SNOW** - FT. LAUDERDALE, FLORIDA

DEFT: PAUL HOWELL (J)  CASE NO: 00-6023-CR-DIMITROULEAS
AUSA: ROGER POWELL *Stuart*  ATTY: MIKE HURSEY (temp)
AGENT: _____  VIOL: _____
PROCEEDING INQUIRY RE COUNSEL  RECOMMENDED BOND _____

*[FILED by D.C. FEB 2 2000 CLARENCE MADDOX CLERK U.S. DIST. CT. S.D. OF FLA. FT. LAUD.]*

BOND HEARING HELD - yes/no  COUNSEL APPOINTED _____
     BOND SET @ _____
     SPECIAL CONDITIONS:

1) To be cosigned by:
2) Rpt to PTS ___ x's a wk/month by phone; ___ x's a wk/month in person
3) Travel extended to:

*Mike Hursey will enter a temporary appearance for PTD hearing*

NEXT COURT APPEARANCE:  INQUIRY RE COUNSEL:
                        PTD/BOND HRG:
                        PRELIM/ARRAIGN:
                        REMOVAL HRG:
                        STATUS CONF:

Date: 2-2-00   Time 11:00   FTL/LSS TAPE #00-006   Begin: 1941   End: 1973