UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

UNITED STATES OF AMERICA,
    Plaintiff,

v.

PAUL M. HOWELL,
    Defendant.
_____/

CASE NO: 00-6023-CR-DIMITROULEAS

## TEMPORARY NOTICE OF APPEARANCE

TO THE CLERK OF THE COURT:

Please enter the temporary appearance of MICHAEL HURSEY, as counsel of record for Defendant Paul Howell, for purposes of the Pre-Trial Detention Hearing only.

**I HEREBY CERTIFY** that a true and correct copy of the foregoing was furnished by U.S. Mail to Assistant U.S. Attorney Roger Powell, United States Attorney's Office, 299 E. Broward Blvd., Fort Lauderdale, Florida, this 2nd day of February, **2000**.

Respectfully submitted,

_____
MICHAEL HURSEY, P. A.
Counsel for Defendant Powell
One River Plaza, Suite 800
305 South Andrews Avenue
Fort Lauderdale, FL 33301
Telephone No. (954) 779-1880
Facsimile No. (954) 779-7980
Florida Bar No. 457698

