COURT MINUTES

CHIEF U. S. MAGISTRATE JUDGE **LURANA S. SNOW** - FT. LAUDERDALE, FLORIDA

DEFT: PAUL HOWELL (J)                    CASE NO: 00-6023-CR-DIMITROLEAS
AUSA: ROGER POWELL - pres                ATTY: MICHAEL HURSEY - pres
AGENT:                                    VIOL:
PROCEEDING PTD HEARING                    RECOMMENDED BOND PTD
BOND HEARING HELD - yes/(no)              COUNSEL APPOINTED
    BOND SET @

FILED FEB - 3 2000 CLARENCE MADDOX CLERK U.S. DIST. CT. S.D. OF FLA. FT. LAUD.

SPECIAL CONDITIONS:
1) To be cosigned by:
2) Rpt to PTS    x's a wk/month by phone;    x's a wk/month in person
3) Travel extended to:

Counsel requested the full 5 day for his hearing.

Continued

Veronica C. Williams - sworn as Character witness. Can't be here monday.

NEXT COURT APPEARANCE:    INQUIRY RE COUNSEL:  2/7 11 Snow
                          PTD/BOND HRG:        2/7 11 Snow
                          PRELIM/ARRAIGN:
                          REMOVAL HRG:
                          STATUS CONF:

Date: 2-3-00    Time 10:30    FTL/LSS TAPE #00-006  Begin: 2836  End: 3022

