## COURT MINUTES

CHIEF U. S. MAGISTRATE JUDGE **LURANA S. SNOW** - FT. LAUDERDALE, FLORIDA

DEFT: PAUL HOWELL (J)                           CASE NO: 00-6023-CR-DIMITROULEALS
AUSA: ROGER POWELL  *pres*                      ATTY: MICHAEL HURSEY  *pres*
AGENT: _____                              VIOL: _____
PROCEEDING PTD/IRC/ARRAIGNMENT                  RECOMMENDED BOND  PTD
BOND HEARING HELD  yes/no (yes circled)         COUNSEL APPOINTED _____
       BOND SET @ _____

       SPECIAL CONDITIONS:

1) To be cosigned by: _____
2) Rpt to PTS     x's a wk/month by phone;    x's a wk/month in person
3) Travel extended to: _____

Gov't proceeded by proffer.
S/A Robert Shinn DEA - sworn for cross

PTD ordered
  danger + risk

NEXT COURT APPEARANCE:  INQUIRY RE COUNSEL: 2-14 / 11 / BSS
                        PTD/BOND HRG:
                        PRELIM/ARRAIGN: 2-14 / 11 / BSS
                        REMOVAL HRG:
                        STATUS CONF:

Date: 2/7/00    Time: 11:00    FTL/LSS TAPE #00- 007    Begin: 1860    End: 3091

*Filed stamp: FEB - 7 2000, CLARENCE MADDOX, CLERK U.S. DIST. CT., S.D. OF FLA., FT. LAUD.*