UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

UNITED STATES OF AMERICA,
    Plaintiff,

v.                           CASE NO: 00-6023-CR-DIMITROULEAS

PAUL M. HOWELL,
    Defendant.
_____/

### APPEAL FROM U.S. MAGISTRATE JUDGE
### REPORT AND RECOMMENDATION

**NOW COMES** Defendant Howell, by and through his undersigned counsel, and for his Appeal states:

1. On or about the 7th day of February, 2000, U.S. Magistrate Judge Snow granted the government's request for pre-trial detention of Defendant Howell. However, Defendant Howell asserts that there does exist a set of conditions which can be fashioned that can guarantee his appearance per 18 U.S.C. §3142(g).

2. Defendant Howell requests that this Court give him a bond of $50,000.00 corporate surety combined with a $100,000.00 personal surety bond. Undersigned counsel has already contacted a bondsman who is familiar with the facts and circumstances of this case, and Defendant Howell's background, who is willing to write this bond.

3. Defendant Howell requests that this Court review <u>de novo</u> the evidence presented at said hearing, and either set a bond itself or remand it back to the U.S. Magistrate Judge with instructions to set a bond.



4. Below is a list of friends and relatives that are willing to sign on Defendant Howell's bond:

| NAME AND ADDRESS | RELATIONSHIP TO DEFENDANT | VALUE OF PROPERTY | AMOUNT OWED |
|---|---|---|---|
| Cynthia Howell (Jamaica) | Mother | $100,000.00 | -0- |
| Nora Howell (Jamaica) | Aunt | $160,000.00 | $100,000.00 |
| John King 1313 SW 175th Way Pembroke Pines, FL | Employer of 8 years | $550,000.00 | $300,000.00 |
| Joan Wignal 3509 East Shore Rod Miramar, FL | Friend of 8 years | $100,000.00 | $90,000.00 |
| Joyce Scott 3321 NW 47th Terrace #221 Lauderdale Lakes, FL | Cousin | $56,000.00 | $48,000.00 |
| Jennifer Howell 1876 SW 177th Terrace Miramar, FL | Sister, lives with Defendant Howell | $137,000.00 | $95,000.00 |
| Noveen Howell 330 SW 78th Terrace North Lauderdale, FL | Cousin | $74,000.00 | $66,000.00 |
| Debra McLune 550 E. Melrose Circle Ft. Lauderdale, FL | Cousin | $100,000.00 | $63,000.00 |

5.   Here are <u>other</u> factors that this Court should consider that show he deserves a bond:

- Defendant Howell has no prior record.

- Defendant Howell has lived in the United States for over half his life; he became a naturalized U.S. citizen in 1997.

- Defendant Howell will voluntarily surrender his U.S. passport.

- His co-defendant, Marc Nunes, who is arguably more culpable, received a bond of $250,000.00 Corporate Surety.

- Defendant Howell has resided in Pembroke Pines, Broward County, for more then 8 years.

- Defendant Howell's employer said that he could maintain his job as an engineer, which he has had for over 8 years.

- Defendant Howell has a solid work history, and has been a civil engineer for more then 12 years.

**WHEREFORE**, Defendant Howell prays that this Court will grant his Appeal from U.S. Magistrate Judge's Report and Recommendation.

Respectfully submitted,

*Michael Hursey*
Michael Hursey, P.A.
Counsel for Defendant Howell
305 South Andrews Avenue, 800
Fort Lauderdale, Florida 33301
Telephone: (954) 779-1880

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the foregoing Motion was mailed this ___11th___ day of __February__, 2000 to Assistant United States Attorney Roger Powell, United States Attorney's Office, 500 E. Broward Blvd., Fort Lauderdale, FL 33394.

By: *Michael Hursey*
MICHAEL HURSEY
Florida Bar No. 457698