## COURT MINUTES

### U.S. MAGISTRATE JUDGE BARRY S. SELTZER - FORT LAUDERDALE

DEFT: Paul Howell (J)#  CASE NO: 00-6023-CR-Dimitrouleas

AUSA: Roger Powell /Behnke  ATTNY: Mike Hursey *present*

AGENT: ___  VIOL: ___

PROCEEDING: Inquiry re Counsel/Arraignment  BOND REC: ___

BOND HEARING HELD - yes/no  COUNSEL APPOINTED: ___

___ BOND SET @ ___

FILED by ___ D.C.
FEB 14 2000
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

CO-SIGNATURES: ___

SPECIAL CONDITIONS: ___

1) Do not violate any law.
2) Appear in court as directed.
3) Surrender and/or do not obtain passports/travel documents.
4) Rpt to PTS as directed /or ___ x's a week/month by phone; ___ x's a week/month in person.
5) Random urine testing by Pretrial Services. Treatment as deemed necessary.
6) Maintain or seek full-time employment.
7) Maintain or begin an educational program.
8) No contact with victims/witnesses.
9) No firearms.
10) Curfew: ___
11) Travel extended to: ___
12) ___ Halfway House ___
    ___ Electronic Monitoring ___

*d - requests more time - matter reset*

| NEXT COURT APPEARANCE: | DATE: | TIME: | JUDGE: |
|---|---|---|---|
| INQUIRY RE COUNSEL: | 2-22-00 | 11:00 AM | BSS |
| PTD/BOND HEARING: | 2-22-00 | 11:00 am | BSS |
| ~~PRELIM~~/ARRAIGN. OR ~~REMOVAL~~: | | | |
| STATUS CONFERENCE: | | | |

DATE: 2-14-00   TIME: 11:00am   TAPE # 00-013   PG # 3

653-921