UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA,   CASE NO. 00-6023-CR-DIMITROULEAS

    Plaintiff,

vs.

PAUL M. HOWELL,

    Defendant.
_____/

FILED by ___ D.C.
FEB 1 4 2000
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

### ORDER DENYING RULING

THIS CAUSE having been heard upon Defendant's February 11, 2000 Appeal from U.S. Magistrate Judge Report and Recommendation, the Court defers ruling for five (5) days to await a response from the Government and/or a transcript of the detention hearing.

DONE AND ORDERED in Chambers at Fort Lauderdale, Broward County, Florida, this 14 day of February, 2000.

WILLIAM P. DIMITROULEAS
United States District Judge

Copies furnished to:

Michael Hursey, P.A.
305 S. Andrews Avenue, #800
Fort Lauderdale, FL 33301

Roger Powell, AUSA

Honorable Lurana Snow, Chief Magistrate Judge
  Tape #00-007 @ 1860-3091

