COURT MINUTES

U.S. MAGISTRATE JUDGE BARRY S. SELTZER - FORT LAUDERDALE

DEFT: Paul Howell (J)#      CASE NO: 00-6023-CR-Dimitrouleas

AUSA: Roger Powell /Yanigan      ATTNY: Mike Hursey *present*

AGENT:      VIOL:

PROCEEDING: Inquiry re Counsel/Arraignment      BOND REC:

BOND HEARING HELD - yes/no      COUNSEL APPOINTED:

____ BOND SET @ _____

CO-SIGNATURES: _____

SPECIAL CONDITIONS:

1) Do not violate any law.
2) Appear in court as directed.
3) Surrender and/or do not obtain passports/travel documents.
4) Rpt to PTS as directed /or ____ x's a week/month by phone; ____ x's a week/month in person.
5) Random urine testing by Pretrial Services. ____ Treatment as deemed necessary.
6) Maintain or seek full-time employment.
7) Maintain or begin an educational program.
8) No contact with victims/witnesses.
9) No firearms.
10) Curfew: _____
11) Travel extended to: _____
12) ____ Halfway House _____
    ____ Electronic Monitoring _____

FILED by ____ D.C.
FEB 2 2 2000
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

*Atty file Notice of Appearance*

Reading of indictment waived
Not Guilty plea entered
Jury trial demanded
Standing Discovery Order requested

NEXT COURT APPEARANCE:    DATE:    TIME:    JUDGE:

INQUIRY RE COUNSEL: _____

PTD/BOND HEARING: _____

PRELIM/ARRAIGN. OR REMOVAL: _____

STATUS CONFERENCE: 3-8-00   11:00am   LSS

DATE: 2-22-00    TIME: 11:00am    TAPE # 00-015   PG # 8