

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6023-CR-Dimitrouleas

UNITED STATES OF AMERICA

vs

Paul Howell

ARRAIGNMENT INFORMATION SHEET

The above named Defendant appeared before Magistrate Judge Barry S Seltzer on 2-22-00, where the Defendant was arraigned and plea of NOT GUILTY was entered. Defendant and court-appointed/retained counsel of record will be noticed for trial by the District Court Judge assigned to this case. The following information is current as of this date

DEFENDANT:          Address: __IN CUSTODY__

Telephone: ____

DEFENSE COUNSEL:    Name: __Ralph Michael Hursey__

Address: ____

Telephone: ____

BOND SET/CONTINUED: Cont'd in custody

Bond hearing held: yes____ no____ Bond hearing set for____

Dated this __22__ day of __February__, 20__00__.

CLARENCE MADDOX
COURT ADMINISTRATOR/ CLERK

By: ____
Deputy Clerk

Tape No. __00-015__

cc: Clerk for Judge
    U. S. Attorney