```
 1                    UNITED STATES DISTRICT COURT
                      SOUTHERN DISTRICT OF FLORIDA
 2                       FT. LAUDERDALE DIVISION

 3

 4

 5   UNITED STATES OF AMERICA,        No:00-6023-CR-DIMITROULEAS

 6              Plaintiff,             February 18, 2000
                                       Ft. Lauderdale, Florida
 7        v.

 8   PAUL HOWELL,

 9              Defendant(s).

10   _____/

11

12           TRANSCRIPT OF PRETRIAL DETENTION HEARING
               BEFORE THE HONORABLE LURANA S. SNOW,
13                UNITED STATES MAGISTRATE JUDGE.

14

15   APPEARANCES:

16   For the Plaintiff(s):    ROGER POWELL
                              Assistant United States Attorney
17

18   For the Defendant(s):    MICHAEL HURSEY, ESQ.

19

20   Transcriber:             E. Lawton

21

22

23

24

25
```

Jack Besoner & Associates
172 West Flagler Street
Miami, Florida 33130

NOT

SCANNED

PLEASE REFER TO COURT FILE