

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA,                    CASE NO. 00-6023-CR-DIMITROULEAS

     Plaintiff,

vs.

PAUL M. HOWELL,

     Defendant.

_____/

## ORDER DENYING APPEAL

THIS CAUSE having been heard upon Defendant's February 11, 2000 Appeal from U.S.

Magistrate Judge Report and Recommendation [DE-27], and the Court having received a

response from the Government and no transcript having been provided, the Report and

Recommendation are adopted, this Court explicitly adopts the Magistrate's Pretrial Detention

Order. U.S. v. King, 849 F. 2d 485, 490 (11th Cir. 1988).  The Appeal is DENIED.

     DONE AND ORDERED in Chambers at Fort Lauderdale, Broward County, Florida, this

24 day of February, 2000.

WILLIAM P. DIMITROULEAS
United States District Judge

Copies furnished to:

Michael Hursey, P.A.
305 S. Andrews Avenue, #800
Ft. Lauderdale, FL 33301

Roger Powell, AUSA

Honorable Lurana Snow, Chief Magistrate Judge