UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

NO. <u>00-6023-CR-DIMITROULEAS</u>



UNITED STATES OF AMERICA,

           Plaintiff,

v.

MARC H. NUNES
    and
PAUL M. HOWELL,

           Defendants.

_____/

GOVERNMENT'S FIRST SUPPLEMENTAL
<u>RESPONSE TO STANDING DISCOVERY ORDER</u>

    The United States files this First Supplemental response to the Standing Discovery Order issued in this case.  This response is numbered to correspond to that Order.

    A.    4.    The NCIC record of the defendant.

                Attached:
                1.)  NCIC records - numbered 00614 thru 00617

          5.    Books, papers, documents, etc., which the government intends to use as evidence at trial to prove its case in chief, or which were obtained from or belong to the defendants may be inspected by making an appointment with undersigned counsel, or U.S. Customs S/A Steve Houk at 954-356-7383.

                Attached:
                1.)  DEA Reports - numbered 00618 thru 00628.



The attachments to this response are numbered pages 00614 - 00628 . Please contact the undersigned Assistant United States Attorney if any pages are missing.

Respectfully submitted,

THOMAS E. SCOTT
UNITED STATES ATTORNEY


By: _Roger W. Powell_
ROGER W. POWELL
ASSISTANT UNITED STATES ATTORNEY
Florida Bar No.:  341411
Telephone No.:  (954) 356-7255
Facsimile No: (954) 356-7336
500 E. Broward Blvd., Suite 700
Fort Lauderdale, Florida 33394

cc:  Customs S/A Steve Houk

2

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing

was mailed this **6th** day of **MARCH, 2000** to:

> Mr. Michael Hursey, Esq.
> Attorney for Defendant Howell
> 305 South Andrews Avenue, Suite 800
> Fort Lauderdale, Florida 33301
>
> Mr. Abe A. Bailey, Esq.
> Attorney for Defendant Nunes
> 18350 N.W. 2nd Avenue, 5th Floor
> Miami, Florida 33169
>
> Mr. Stephen J. Golembe, Esq.
> Attorney for Defendant Nunes
> 2601 South Bayshore Drive, Suite 1400
> Coconut Grove, Florida 33133
>
> Ms. Patricia J. Kyle, Esq.
> Attorney for Defendant Nunes
> 216 South Grand Avenue
> Bozeman, Montana 59715

ROGER W. POWELL
ASSISTANT UNITED STATES ATTORNEY

QUEUE TYPE:    PERSONAL        QUEUE NAME: ▬▬▬▬
                              MSG STATUS: ▬▬▬▬

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\* TEXT OF MESSAGE \*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\* PAGE 01 \*\*\*\*\*\*\*\*\*\*\*\*\*\*
FROM NCIC    ON 02/16/00 AT 16:22:11
▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬
▬▬▬▬▬▬▬
NO IDENTIFIABLE RECORD IN THE NCIC INTERSTATE IDENTIFICATION INDEX
(III) FOR PUR/C.NAM/HOWELL, PAUL M.SEX/M.RAC/B.DOB/19680228.
SOC/617268956.
END

MESSAGE IS DISPLAYED. DEPRESS PF5(MSG INDEX) PF9(PREV SCRN) PF14(ACKD MSG)
                         PF16(NEXT MSG). PF19(MSG LOG)    PF18=(REROUTE)
END OF THIS MESSAGE
(PF1=HELP)(PF3=MAIN MENU)(PF4=PREV MENU)(PF7=PREV PAGE)(PF8=NEXT PAGE)

QUEUE TYPE:   PERSONAL              QUEUE NAME:
                                    MSG STATUS:
* * * * * * * * * * * * * * * * * *  TEXT OF MESSAGE  * * * * * * * * * * * * * * * *   PAGE 01  * * * * * * * * * * * * * *
FROM NCIC    ON 02/16/00 AT 16:23:33

THIS NCIC INTERSTATE IDENTIFICATION INDEX RESPONSE IS THE RESULT OF YOUR
INQUIRY ON NAM/NUNES,MARC H SEX/M RAC/B DOB/19740705 PUR/C

NAME                           FBI NO.        INQUIRY DATE
NUNES,MARC HAHN                               2000/02/16

SEX RACE BIRTH DATE   HEIGHT  WEIGHT  EYES  HAIR   BIRTH PLACE           PHOTO
M   B    1974/07/05   509     158     BRO   BLK    JAMAICA               N

FINGERPRINT CLASS       PATTERN CLASS

MESSAGE IS DISPLAYED. DEPRESS PF5(MSG INDEX) PF9(PREV SCRN) PF14(ACKD MSG)
                              PF16(NEXT MSG). PF19(MSG LOG)   PF18=(REROUTE)
FIRST PAGE OF MESSAGE
(PF1=HELP)(PF3=MAIN MENU)(PF4=PREV MENU)(PF7=PREV PAGE)(PF8=NEXT PAGE)

QUEUE TYPE:    PERSONAL            QUEUE NAME: ▓▓▓▓▓▓
                                   MSG STATUS: ▓▓▓▓▓▓
******************** TEXT OF MESSAGE **************** PAGE 02 **************

IDENTIFICATION DATA UPDATED 2000/02/15

THE CRIMINAL HISTORY RECORD IS MAINTAINED AND AVAILABLE FROM THE
FOLLOWING:
  FBI        ▓▓▓▓▓▓▓▓▓▓▓▓▓

THE RECORD(S) CAN BE OBTAINED THROUGH THE INTERSTATE IDENTIFICATION
INDEX BY USING THE APPROPRIATE NCIC TRANSACTION.


END


MESSAGE IS DISPLAYED. DEPRESS PF5(MSG INDEX) PF9(PREV SCRN) PF14(ACKD MSG)
                          PF16(NEXT MSG). PF19(MSG LOG)   PF18=(REROUTE)
END OF THIS MESSAGE
(PF1=HELP)(PF3=MAIN MENU)(PF4=PREV MENU)(PF7=PREV PAGE)(PF8=NEXT PAGE)

QUEUE TYPE:    PERSONAL                QUEUE NAME: ▓▓▓▓
                                       MSG STATUS: ▓▓▓▓
* * * * * * * * * * * * * * * * * *  TEXT OF MESSAGE  * * * * * * * * * * * * * * * *  PAGE 02  * * * * * * * * * * * * * *
SEX   RACE   BIRTH DATE   HEIGHT   WEIGHT   EYES   HAIR   BIRTH PLACE
M     B      1974/07/05   509      158      BRO    BLK    JAMAICA

PATTERN CLASS
RS RS RS RS RS LS LS LS LS LS
          WU


1-ARRESTED OR RECEIVED 2000/01/30
   AGENCY-USM MIAMI (FLUSM0200)
      AGENCY CASE-▓▓▓▓▓▓▓▓▓
      CHARGE 1-3531 COCAINE-SMUGGLE


ALL ARREST ENTRIES CONTAINED IN THIS FBI RECORD ARE BASED ON
FINGERPRINT COMPARISONS AND PERTAIN TO THE SAME INDIVIDUAL.

MESSAGE IS DISPLAYED. DEPRESS PF5(MSG INDEX) PF9(PREV SCRN) PF14(ACKD MSG)
                      PF16(NEXT MSG). PF19(MSG LOG)   PF18=(REROUTE)
USE PF KEYS TO CONTINUE
(PF1=HELP)(PF3=MAIN MENU)(PF4=PREV MENU)(PF7=PREV PAGE)(PF8=NEXT PAGE)

O F F I C I A L   U S E   O N L Y

| DEPARTMENT OF THE TREASURY<br>UNITED STATES CUSTOMS SERVICE<br><br>R E P O R T   O F   I N V E S T I G A T I O N | 1. TECS ACCESS CODE 3 |
|---|---|
| | 2. PAGE   1 |
| | 3. CASE NUMBER ▓▓▓▓▓▓<br>OCDETF NO: ▓▓▓▓ |

4. TITLE: BRATHWAITE

5. CASE STATUS:   INTERIM RPT

| 6. REPORT DATE | 7. DATE ASSIGNED | 8. CLASS | 9. PROGRAM CODE | 10. ▓▓▓▓ |
|---|---|---|---|---|
| 021700 | 032698 | 1 | 505 | ▓▓▓ |

11. RELATED CASE NUMBERS:

12. COLLATERAL REQ:

13. TYPE OF REPORT:
   INVESTIGATIVE FINDINGS

TOPIC: INDICTMENT, ARREST, EVIDENCE ANALYSIS

14. SYNOPSIS:
The RAIC/Fort Lauderdale and the DEA Group 1 Fort Lauderdale are
currently conducting an OCDETF investigation (FC-FLS-690)
relative to the cocaine/marijuana smuggling activities occurring
at the Fort Lauderdale /Hollywood International Airport, by Roy
BRATHWAITE, Quayle RICHARDSON, Keith MURRAY and others.

The purpose of this report is to update information concerning
the indictment, arrest and additional evidence collected
reference Marc NUNES and Paul HOWELL. This evidence corroborates
the cooperating defendants and links individuals to the smuggling
conspiracy.


Details are contained herein.

| 15. DISTRIBUTION:<br>RACFL SACMI | 16. SIGNATURE:<br>   HOUK        JAMES    S   SPECIAL AGENT |
|---|---|
| | 17. APPROVED:<br>   DEVANEY     JOHN     J  OI GRP SUPERVISOR |
| 00618 | 18. ORIGIN OFFICE: FL | 19. ▓▓▓▓<br>   FT LAUDERDALE - RAC |
| | 20. TYPIST: HOUK |

O F F I C I A L   U S E   O N L Y
THIS DOCUMENT IS LOANED TO YOU FOR OFFICIAL USE ONLY AND REMAINS THE PROPERTY OF

INFORMATION CONTAINED HEREIN SHOULD BE REFERRED TO HEADQUARTERS, US CUSTOMS SERVICE THIS PAPER WITH A COPY OF THE DOCUMENT.

O F F I C I A L   U S E   O N L Y

```
---------------------------------------------------------
|        DEPARTMENT OF THE TREASURY       |1. PAGE   3          |
|        UNITED STATES CUSTOMS SERVICE     |---------------------|
|                                          |2. CASE NUMBER ▓▓▓▓▓▓|
| R E P O R T  O F  I N V E S T I G A T I O N |-----------------|
|         C O N T I N U A T I O N          |3.▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓|
---------------------------------------------------------
```

00619

Details of Investigation:

The RAIC/Fort Lauderdale and the DEA Group 1 Fort Lauderdale are currently conducting an OCDETF investigation (FC-FLS-690) relative to the cocaine/marijuana smuggling activities occurring at the Fort Lauderdale /Hollywood International Airport, by Roy BRATHWAITE, Quayle RICHARDSON, Keith MURRAY and others.

The purpose of this report is to update information concerning the indictment, arrest and additional evidence collected reference Marc NUNES and Paul HOWELL. This evidence corroborates the cooperating defendants and links individuals to the smuggling conspiracy.

On January 27, 2000, A Federal Grand Jury in the Southern District of Florida, returned a True Bill on a five count indictment against Marc H. NUNES and Paul M. HOWELL. The indictment stems from an attempt to import and distribute approximately thirty seven pounds of cocaine and eleven pounds of marijuana. Subsequent to these indictments warrants were issued for NUNES and HOWELL by United States Magistrate Judge Barry S. Seltzer.

On January 30, 2000, Agents of the RAIC Fort Lauderdale Group 1 arrested Marc NUNES at the Miami International Airport while entering the United States from Jamaica. NUNES was transported to the Federal Detention Center in Miami to await his initial appearance. NUNES made several statements post Miranda to include "I have not seen Eaton EVANS in over a year" and while being transported to jail he stated "why don't you just let me go". NUNES also started a conversation while being transported to the affect that certain people in the United States who are addicted to drugs will find a means of obtaining drugs and the people supplying the drugs should not be held responsible for supplying them with drugs. On February 01, 2000, NUNES bond was set by Federal Magistrate Judge Turnoff at $250,00.00. corporate surety with a nebia hearing.

On January 31, 2000, Agents of the RAIC Fort Lauderdale Group 1, DEA Group 1, and Broward Sheriffs Office Deputy's arrested Paul

O F F I C I A L   U S E   O N L Y

THE US CUSTOMS SERVICE. ANY FURTHER REQUEST FOR DISCLOSURE OF THIS DOCUMENT OR
INFORMATION CONTAINED THEREIN SHOULD BE REFERRED TO HEADQUARTERS, US CUSTOMS
SERVICE TOGETHER WITH A C Y OF THE DOCUMENT.

O F F I C I A L          00620

```
---------------------------------------   ----------------------------
|      DEPARTMENT OF THE TREASURY       | | 1. PAGE    4              |
|      UNITED STATES CUSTOMS SERVICE    | |--------------------------|
|                                       | | 2. CASE NUMBER ████████  |
| R E P O R T   O F   I N V E S T I G A T I O N | |------------------|
|        C O N T I N U A T I O N        | | 3. ████████████████████  |
|                                       | ----------------------------
---------------------------------------
```

HOWELL while he was departing from his house in Miramar Florida.
DEA Agents transported HOWELL to the United States Marshals in
Fort Lauderdale to await his initial appearance which occurred.
On February 03 , 2000, a bond hearing was held for HOWELL. Bond
for HOWELL was set at pretrial detention by Federal Magistrate
Judge Snow.

The following information relates comparative analysis of
cooperating defendants statements with evidentiary documents
obtained to corroborate facts:

Telephone number 305-380-9624 provided by Keith MURRAY as a
telephone number for Marc Nune's girlfriend was subpoenaed for
subscriber and billing information.  The subscriber of  this
phone  is listed as Carol Johnson with an address of 14273 SW
94th Circle Lane, Miami, Florida 33186.  This address matches the
address provided by Marc NUNES on Customs Declaration Forms and
interviews with Customs Inspectors.  This telephone number
appeared on toll records obtained for a cellular phone in the
name of Avril Patrick the wife of Keith MURRAY.  Telephone number
305-380-9624(Nunes) is called by telephone number 954-562-
3645(MURRAY)  nine times from November 29, 1997 to December 7,
1997.  Travel records obtained for Roy BRATHWAITE indicate he
purchased a ticket to travel to Jamaica on December 16, 1997.

On June 22, 1998, defendant Roy BRATHWAITE provided information
concerning a hidden compartment under the center console of Keith
MURRAY's Toyota Corolla. BRATHWAITE stated that MURRAY keeps
contact numbers and names for other individuals involved in
smuggling the cocaine in this hidden compartment.  On August 18,
1999, Keith MURRAY was arrested while driving his Toyota Corolla
across the Lewiston Bridge into New York from Canada. Search of
the vehicle revealed a hidden compartment under the center
console containing a plastic bag with papers and cards bearing
names and telephone numbers.  Among the numbers and names were
the following; Eaton's pager  917-381-6472 and Eaton's cellular
954-562-3645,  Quayle 981-2710, Mark 809-978-6092, 954-450-9096
and 305-380-9624, Subby 876-941-1582 and 876-815-2711 cellular,
Lox  876-983-9459 and 876-983-9064,  Roy 209- 3185,  Paul 437-
5595 and several business cards for Gino's Travel Agency (the
same travel agency where the airline tickets for BRATHWAITE were
purchased).  Subscriber information subpoenaed revealed the
following regarding the aforementioned numbers.  Quayle
RICHARDSON home phone number is  981-2710. Carol Johnson is the
subscriber to telephone number 305-380-9624 located at 14273 SW

O F F I C I A L   U S E   O N L Y

THE DISCLOSING SERVICE. ANY FURTHER REQUEST FOR DISCLOSURE OF THIS DOCUMENT OR INFORMATION CONTAINED HEREIN SHOULD BE REFERRED TO HEADQUARTERS, US CUSTOMS SERVICE TOGETHER WITH A C Y OF THE DOCUMENT.

00621

O F F I C I A L   U S E   O N L Y

| DEPARTMENT OF THE TREASURY UNITED STATES CUSTOMS SERVICE | 1. PAGE   5 |
| R E P O R T   O F   I N V E S T I G A T I O N   C O N T I N U A T I O N | 2. CASE NUMBER ▇▇▇▇▇▇▇ |
| | 3. ▇▇▇▇▇▇▇▇▇▇▇▇ |

94th Circle lane Miami FL (address used by Marc NUNES). The subscriber for telephone number 876-983-9459 is Loxley MELVIN in Jamaica. This number was called by a cooperating defendant in this case who discussed an additional smuggling venture with Loxley MELVIN during a consensually recorded telephone call. Subscriber information for telephone number 876-941-1582 is Karen Chavalleau in Kingston Jamaica. This number was disconnected shortly after MURRAY's arrest in June of 1999. Subscriber information for telephone number 954-437-5595 is Paul HOWELL located at 1876 SW 177 Terrace Miramar FL. Subscriber information for telephone number 917-381-6472 (which reflects Eaton pager ) confirms this is a pager in New York. Auto track information reflects five (5) previous addresses for Eaton Evans in New York. Toll analysis of Avril Patrick's cellular phone account( Keith Murray's wife) confirms at least eight (8) phone calls to this pager.

Paul HOWELL is an employee of CADD Engineering Inc. Telephone toll analysis on phone numbers 954-562-3645 and 954-261-1514, the cellular phone account in the name of Avril Patrick (the wife of Keith Murray) and Keith MURRAY respectively reflects seven (7) calls to Civil CADD Engineering Inc. One of these phone calls occurred on December 8, 1997, eight days prior to Roy BRATHWAITE traveling to Jamaica in an attempt to smuggle cocaine. Because of HOWELL's position as a subcontracted engineer for the airport, he was issued a security pass by Broward County Aviation. This security pass gives him access to most secure areas of the airport. Roy BRATHWAITE provided information regarding the location where Paul HOWELL was met by members of the organization. BRATHWAITE and RICHARDSON correctly described and identified in a photograph CADD Engineering Inc. located at 1011 Ives Dairy Road. Auto track information lists 1876 SW 177 Terrace, Miramar FL 33029, as an address for Paul HOWELL. In addition, Auto track and subscriber information list a current phone number for Paul HOWELL as 954-437-5595, this number is called three (3) times by cellular number 954-562-3645( Murray's wife). Auto track information lists an additional address for Paul HOWELL of 3509 East Shore Road, Miramar FL 33023. Auto track information and subscriber information show two (2) phone numbers for address 3509 East Shore Road, Miramar, Florida. in the name of Joan Wignal. The phone numbers for 3509 East Shore Road are 954-986-1078 and 954-986-9986. According to toll analysis for the phone number 954-989-9986( address for Paul HOWELL) is called from the cellular phone 954-562-3645(Murray's wife) eleven (11) times during a period spanning from December 6.

O F F I C I A L   U S E   O N L Y

INFORMATION CONTAINED HEREIN SHOULD BE REFERRED TO HEADQUARTERS, US CUSTOMS
SERVICE TOGETHER WITH A COPY OF THE DOCUMENT.

00622

O F F I C I A L   U S E   O N L Y

```
--------------------------------------------------------------
|        DEPARTMENT OF THE TREASURY        | |1. PAGE   6      |
|        UNITED STATES CUSTOMS SERVICE      | |                 |
|                                           | |-----------------|
|  R E P O R T   O F   I N V E S T I G A T I O N | |2. CASE NUMBER ███████ |
|          C O N T I N U A T I O N          | |-----------------|
|                                           | |3. ████████████████ |
--------------------------------------------------------------
```

997 to June 6, of 1998. One (1) of these calls occurred on
ecember 6, 1997, and two (2) calls occurred on December 9,
997. The fourth and final call in December occurred on December
7, 1997, the same day travel records reflect Roy BRATHWAITE
ntering the Fort Lauderdale International Airport from Jamaica.
RATHWAITE, describe this date as the first attempt to smuggle a
oad of narcotics. Toll records reflect four (4) additional
alls in February of 1998, from 954-562-3645(Murray's wife) to
54-986-9986 (HOWELL). The first call occurred on February 5,
998, while the second and third calls occurred on February  6,
998. The final call in February of 1998 occurred on February 14,
998. According to travel records obtained, Roy BRATHWAITE
eparted Fort Lauderdale International Airport for Jamaica on
ebruary 14, 1998. According to BRATHWAITE, MURRAY and
ICHARDSON this trip was the first successfully smuggled load of
arcotics. Toll records reflect that the aforementioned
elephone number at the 3509 E Shore Road address for Paul HOWELL
54-986-1078 is called by telephone number 954-261-1514 (Keith
urray) four (4) times. All four (4) calls occur on March 14,
998, the day prior to Roy BRATHWAITE's return from Jamaica and
e subsequent seizure of narcotics on March 15, 1998. It should
 noted that on January 14, 1998, telephone number 954-437-
95(HOWELL), telephone number 954-986-9986( Joan Wignal address
r HOWELL) and telephone number 954-923-8332 (CADD Engineering)
e  called at 05:53, 08:18, and 08:23 respectively.

 December 13, 1999, a Matrix Security Systems log indicating
e use of Paul HOWELL's security pass (swipe card used to access
cure doors at Fort Lauderdale International Airport) was
tained from Broward County Aviation Department for the time
riod of February 12, 1998, thru March 9, 1998. According to
avel documents obtained from Gino's Travel Agency, Roy
ATHWAITE purchased tickets to travel and return from Jamaica to
rt Lauderdale International Airport which was to arrive on
bruary 16, 1998  at 7:55 p.m. According to Security logs
ul HOWELL uses his security access card to access the Customs
ternational flight baggage door at 8:47 and exits at 8:53 on
bruary 16, 1998. According to Customs computerized travel
ords for Roy BRATHWAITE and information provided by BRATHWAITE
 actually  returned on February 19, 1998 at 8:41 p.m.
cording to security logs Paul HOWELL enters and exits the
ternational flights baggage door at the following times, 7:03
. and 8:03 p.m., 8:06 p.m. and 8:42 p.m., 10:01 p.m. and 10:06
 on February 19, 1998.  Roy BRATHWAITE, Keith MURRAY and
yle RICHARDSON stated that the trip on February 19, 1998,  was

O F F I c i a l



963-9

1-876-980-2144

Lox
(876)-943-9459
(876)-983-9064

269-3185
Roy



## Peoples credit union
**The Community Credit Union**

NAME: Keith A. Murray

ACCT.#: 851916

(305) 893-4880 DADE
(954) 704-4100 BROWARD
FAX # (305) 893-0515
1-800-243-1077

1771 N. FLAMINGO ROAD
PEMBROKE PINES, FLORIDA 33028
680 NORTHEAST 124TH STREET
NORTH MIAMI, FLORIDA 33161

---



**HOLLYWOOD Honda**   **HOLLYWOOD KIA**

### TARIQ KIRMANI

**1450 North State Road 7, Hollywood Florida 33021**
**Dade: 625-1732 Broward: 989-1600**
**Pompano: 782-0151 Fax: (954) 989-7877**

Internet Address: http://manatee.hollywood-honda.com/

---

**BRB** — Immigration & Notary Services

Beeper: (954) 244-7964

**URBINO BAJUELO**
President

701 N. State Road 7 (441)
Hollywood, Florida 33021
Telephone: (954) 894-0302

---



**JETRO CASH & CARRY**
Wholesale Grocers Food Service & Catering Suppliers

**MARIA ELENA GIL**
Export Coordinator

2041 N.W. 12th Avenue
Miami, Florida 33127
(305) 324-4414
Fax (305) 325-0744
E-mail: jetro97@aol.com

HANDEL - New Yorker

---

**JETRO CASH & CARRY**
Wholesale Grocers Food Service & Catering Suppliers

**MARIA ELENA GIL**
Export Coordinator

2041 N.W. 12th Avenue
Miami, Florida 33127
(305) 324-4414
Fax (305) 325-0744
E-mail: jetro97@aol.com

---

**BMW — Lauderdale Imports Ltd./BMW**

**Scott Masten**
Gold Achiever
Leasing &
Sales Specialist

Address
1440 S. Federal Highway (U.S.I)
Ft. Lauderdale, FL 33316
Telephone
Broward (954) 527-3300
Dade/Palm Beach 930-9119
Beeper (954) 248-2667
HTTP://www.ftbmw.com
E-MAIL ftbmw@ix.netcom.com
Telefax
(954) 522-0186

305 654 4714

---



**Goodwear Service Center**
Custom Wheel Headquarters
Guaranteed Used Tires

Computerized Alignment
Brakes
Clutch

Vogue
Goodyear
Lee

6301 Miramar Pkwy.
Miramar, FL 33023
13821 N.W. 27th Ave
No. Miami, FL 33054

BRIAN GLEN
(954) 966-3722

---



**CAMILLE LINDO**
Reservation Supervisor Florida

## ATLAS TOURS
**THE CARIBBEAN CONNECTION INC.**
SPECIALISTS TO THE CARIBBEAN

New York Office:
28 Brooklyn Avenue
Brooklyn, NY 11203
T: 718-462-0711   INTERNET: http://www.atlastours.com
F: 718-0413759   E-Mail: atlastours@aol.com

Florida Branch Office:
4228 N.W. 12 Street
Lauderhill, FL 33313
Tel: 954-792-3636
Fax: 954-792-3830

Internet Address: http://manatee.hollywood-honda.com/
Dade: 625-1732 Broward: 989-1600
Pompano: 782-0151 Fax: (954) 989-7877
1450 North State Road 7, Hollywood Florida 33021

 
HOLLYWOOD KIA   HOLLYWOOD Honda

---

## CIRCUIT CITY.
*Where Service is State of the Art.*

11810 Pines Boulevard
Pembroke Pines, FL 33026
(954) 436-5456

**Raymond Janzer**
Sales Counselor

---



876   447
SUBBY
876 - 815 - 2711
cell
876 - 920 - 6637
MARK

815-2711 ①

PAUL
431-5595

~~cau~Tee~~

~~1-888-802~~-0950

MARK. (809) 978-609~~2~~
m
~~955-~~~~450 91~~
954-450-9096
or
305-380-9624
#239  (809) ~~978 6~~-092

876-815-2357 cell

954-731-4621 H
RICHIE QUAL
217-1639 * 66
Reggie
954-986-0816 | 222-9266
BEEPER

Queen Lanor
or RICHIE.
954-731-4631
BEEPER
954 - 992-5951

433-3114
ROSE
miguel .PEREZ
JAMAICA -800
MARK. MUNES

~~___ -5 ~-5~~

PAUL.
982-2485

561-795-7206 (chief)
561-604-1616 (ROSIE)
CODE 65
561-753-3716 (MARK)
715-209-6349

00626







00628