UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

CASE NO. 00-6023-CR-DIMITROULEAS

UNITED STATES OF AMERICA,          :
      Plaintiff,                    :
v.                                 :
PAUL HOWELL,                       :
      Defendant.                    :

FILED by _____ D.C.
MAR 10 2000
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

### STATUS REPORT

A status conference was held in this cause on March 8, 2000. At that conference, the parties informed the Court as follows:

1. Discovery has been provided. At the request of defense counsel, pretrial motions may be filed on or before March 15, 2000.

2. This case may be resolved by way of a plea.

DATED at Fort Lauderdale, Florida, this 10th day of March, 2000.

                                        Lurana S. Snow
                                      LURANA S. SNOW
                                      CHIEF UNITED STATES MAGISTRATE JUDGE

Copies to:

AUSA Roger Powell (FTL)
Michael Hursey, Esq.

