UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

NO. 00-6023-CR-DIMITROULEAS

UNITED STATES OF AMERICA,

        Plaintiff,

v.

MARC H. NUNES
   and
PAUL M. HOWELL,

        Defendants.
_____/

GOVERNMENT'S SECOND SUPPLEMENTAL
RESPONSE TO STANDING DISCOVERY ORDER

    The United States files this Second Supplemental response to the Standing Discovery Order issued in this case. This response is numbered to correspond to that Order.

    A.
        5.  Books, papers, documents, etc., which the government intends to use as evidence at trial to prove its case in chief, or which were obtained from or belong to the defendants may be inspected by making an appointment with undersigned counsel, or U.S. Customs S/A Steve Houk at 954-356-7383.

        Attached:
        1.) Government's Trial notebook - numbered 00629 thru 00907.

    The attachments to this response are numbered pages 00629 - 00907. Please contact the undersigned Assistant United States



Attorney if any pages are missing.

                                    Respectfully submitted,

                                    THOMAS E. SCOTT
                                    UNITED STATES ATTORNEY

By: _____
     ROGER W. POWELL
     ASSISTANT UNITED STATES ATTORNEY
     Florida Bar No.: 341411
     Telephone No.: (954) 356-7255
     Facsimile No: (954) 356-7336
     500 E. Broward Blvd., Suite 700
     Fort Lauderdale, Florida 33394

**CERTIFICATE OF SERVICE**

    **I HEREBY CERTIFY** that a true and correct copy of the foregoing was mailed this **17th** day of **MARCH, 2000** to:

    Mr. Michael Hursey, Esq.
    Attorney for Defendant Howell
    305 South Andrews Avenue, Suite 800
    Fort Lauderdale, Florida 33301

    Mr. Abe A. Bailey, Esq.
    Attorney for Defendant Nunes
    18350 N.W. 2nd Avenue, 5th Floor
    Miami, Florida 33169

    Mr. Stephen J. Golembe, Esq.
    Attorney for Defendant Nunes
    2601 South Bayshore Drive, Suite 1400
    Coconut Grove, Florida 33133

    Ms. Patricia J. Kyle, Esq.
    Attorney for Defendant Nunes
    216 South Grand Avenue
    Bozeman, Montana 59715

_____
ROGER W. POWELL
ASSISTANT UNITED STATES ATTORNEY