## CRIMINAL MINUTES

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
**HONORABLE WILLIAM P. DIMITROULEAS**



FILED by _____ D.C.
MAR 24 2000
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

CASE NUMBER: 00-6023-CR-WPD    DATE: March 24, 2000

COURTROOM CLERK: Karen A. Carlton    COURT REPORTER: ~~Bob Ryckoff~~ Carl Schanzleh

PROBATION: _____    INTERPRETER: _____

UNITED STATES OF AMERICA    VS. Paul Howell

U.S. ATTORNEY: Roger Powell    DEFT. COUNSEL: Michael Hursey

REASON FOR HEARING: Change of plea

RESULT OF HEARING: Deft sworn and questioned by the Court. Deft to plead guilty to Count 1. Court accepts guilty plea. Counts 2-5 to be dismissed at sentencing

JUDGMENT: _____

CASE CONTINUED TO: 6/9/00    TIME: 10:30    FOR: Sentencing
MISC: Written plea agreement filed

