## CRIMINAL MINUTES

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
**HONORABLE WILLIAM P. DIMITROULEAS**

CASE NUMBER: 00-6023-CR-WPD    DATE: June 7, 2000

COURTROOM CLERK: Karen A. Carlton    COURT REPORTER: Bob Ryckoff

PROBATION: _____    INTERPRETER: _____

UNITED STATES OF AMERICA    VS.    Rene Houle

U.S. ATTORNEY: Roger Powell    DEFT. COUNSEL: Michael Hursey

REASON FOR HEARING: Sentencing

RESULT OF HEARING: Sentence Imposed:
70 months BOP, 5 years Supervised
Release, $5,000.00 Fine, $100.00 Assessment

JUDGMENT: Court recommends to BOP that he receive
substance abuse treatment while in prison and that
he be designated to Southern District
of Florida if possible.

CASE CONTINUED TO: _____    TIME: _____    FOR: _____

MISC: Deft. advised of Right to Appeal.