```
               UNITED STATES DISTRICT COURT
               SOUTHERN DISTRICT OF FLORIDA
                  FORT LAUDERDALE DIVISION


UNITED STATES OF AMERICA,     )  CASE NO. 00-6023-CR-WPD
                              )
             Plaintiff,       )
                              )
        -v-                   )
                              )
PAUL HOWELL,                  )
                              )  Fort Lauderdale, Florida
             Defendant.       )  June 7, 2000
_____)  9:20 a.m.

                    TRANSCRIPT OF SENTENCE

         BEFORE THE HONORABLE WILLIAM P. DIMITROULEAS

                      U.S. DISTRICT JUDGE

APPEARANCES:

For the Plaintiff       ROGER POWELL, ESQ.
                        Assistant U.S. Attorney


For the Defendant       MICHAEL HURSEY, ESQ.



Reporter                ROBERT A. RYCKOFF
                        Official Court Reporter
                        299 East Broward Boulevard
                        Fort Lauderdale, Florida  33301
                        954-769-5657
```



# NOT

# SCANNED

**PLEASE REFER TO COURT FILE**