*Case No. # 00-6023-CR*

Paul M. Howell
1876 SW 177 Terrace
Miramar, Fl., 33029
Case No.:0: 00CR06023-002
USM No.: 55175-004
September 28, 2007

The Honorable William P. Dimitrouleas
U.S. District Judge
United States District Court
Southern District of Florida

**RE:   Pro-Se Motion for Early
Termination of Supervised Release**

Your Honor, the petitioner Paul Howell Pro Se comes before this Honorable Court
seeking early termination of the ordered term of supervised release pursuant to 18 U.S.C
3583(e)(1).

I was sentenced on June 7, 2000 to seventy months incarceration, five years of supervised
release and a fine of $5,000. I have satisfied my financial obligation to the Court. I have
been under supervision since February 27, 2004 and am scheduled to terminate on
February 26, 2009. Since my commencement of supervision, I have remained compliant
with all the conditions of supervision and the instruction of my probation officers. I have
also completed all the levels of supervised release and currently assigned to the compliant
unit which is the minimum level of supervision.

Since my release from prison, I have been working for the same company (CCE
Construction) and managing to fulfill my daily duties. I am also continuing my studies at
the Florida International University (FIU), in the field of Construction Management. I
have enclosed a copy of my transcript from FIU. I also got married and started attending
church on a regular basis. My life has changed for the better and my friends and family
are pleased with the new road that I have decided to take.

This experience and costly mistake, have taught me how to value my loved ones and comply with the laws of this great country. I have learned my lesson dearly and would like to regain my rights as a normal citizen. Recently, I contacted my former probation officer Karen Howard, who advised me that she would have no objections to my motion to request early termination from supervision. Accordingly, I respectfully request the Court consider granting my request for early termination.

Respectfully Submitted,

Paul M. Howell

Pro Se Petitioner

Enclosures

cc: AUSA Roger Powell
    USPO Barbara Somoano
    USPO Norma Behar
    USPO Karen Howard

Unofficial Transcripts    Page 1 of 4

# Report Results

Return

**UGRD and GRAD Record Unofficial**

| | | |
|---|---|---|
| Name | : | Howell,Paul MA |
| Student ID: | | 1396111 |
| Address | : | 1876 SW 177th Ter |
| | | Miramar, FL 330295245 |
| | | United States |
| Print Date | : | 2007-09-30 |

- - - - - **Transfer Credits** - - - - -

**Transfer Credit from Los Angeles Trade-Technical College**

Applied Toward Pre-Bacc - Ugrd Spec Program

## 1986 Fall

| ARCDRAF | 111 | Arch Drawing I | Accepted | 3.00 C |
|---|---|---|---|---|
| PHYS ED | 690 | Weight Training | Accepted | 1.00 C |

## 1987 Spring

| ARCDRAF | 113 | Tech Mathematics I | Accepted | 3.00 B |
|---|---|---|---|---|
| ARCDRAF | 114 | Arch Materials I | Accepted | 3.00 B |
| ARCDRAF | 121 | Arch Drawing II | Accepted | 3.00 C |
| ARCH | 004 | Begin Arch Graphics | Accepted | 3.00 B |

## 1987 Fall

| ARCDRAF | 123 | Arch Materials II | Accepted | 3.00 C |
|---|---|---|---|---|
| ARCDRAF | 131 | Arch Drawing III | Accepted | 3.00 C |
| ARCDRAF | 133 | Mch & Elect Eqpt/Bldg I | Accepted | 3.00 B |
| ARCDRAF | 137A | Struct Eng Detail IA | Accepted | 2.00 C |
| HISTORY | 011 | Pol & Soc Hist US I | Accepted | 3.00 C |
| MATH | 147 | Technical Mathematics III | Accepted | 3.00 B |

## 1988 Spring

| ARCDRAF | 124 | Building Codes | Accepted | 3.00 C |
|---|---|---|---|---|
| ARCDRAF | 135 | Occptn Information | Accepted | 2.00 B |
| ARCDRAF | 141 | Arch Drawing IV | Accepted | 3.00 D |
| ARCH | 033 | Basic Arch Design I | Accepted | 3.00 C |
| HEALTH | 10 | health education | Accepted | 2.00 C |

## 1988 Summer

| ENGLISH | 028 | Int Reading & Comp | Accepted | 3.00 C |
|---|---|---|---|---|

### 1988 Fall

| ARCDRAF | 132 | Prin/Struct Engrng | Accepted | 3.00 C |
|---------|-----|--------------------|----------|--------|
| ARCH | 002 | History of Architect I | Accepted | 2.00 C |
| PHYSICS | 012 | Physics Fundamentals | Accepted | 3.00 B |

### 1989 Spring

| ARCDRAF | 136A | Civl Eng Detail IA | Accepted | 2.00 C |
|---------|------|--------------------|----------|--------|
| ARCDRAF | 141 | Arch Drawing IV | Accepted | 3.00 C |
| ARCDRAF | 142 | Constr Estimating | Accepted | 3.00 B |
| ARCH | 003 | History of Architec II | Accepted | 2.00 C |

### 1989 Fall

| ART | 103 | Art Appreciation I | Accepted | 3.00 B |
|-----|-----|--------------------|----------|--------|
| ECON | 002 | Prin of Economics II | Accepted | 3.00 C |
| ENGLISH | 101 | College Rdg & Comp I | Accepted | 3.00 C |

### 1990 Spring

| ART | 102 | Survey Art History II | Accepted | 3.00 C |
|-----|-----|-----------------------|----------|--------|
| HISTORY | 012 | Pol & Soc Hist US II | Accepted | 3.00 C |
| MATH | 240 | Trigonometry | Accepted | 3.00 C |
| PHYSICS | 014 | Physics Fund Lab | Accepted | 1.00 B |

### 1990 Fall

| BIOLOGY | 003 | Intro to Biology | Accepted | 4.00 C |
|---------|-----|------------------|----------|--------|
| ENGLISH | 102 | College Rdg & Comp | Accepted | 3.00 B |
| PHILOS | 001 | Intro to Philosophy | Rejected | 3.00 W |
| POL SCI | 001 | Government of US | Accepted | 3.00 D |

**Transfer Credit from Broward Community College**

Applied Toward Pre-Bacc - Ugrd Spec Program

### 1998 Spring

| CHM | 1040 | General Chem (Expanded Sequenc | Rejected | 3.00 D |
|-----|------|-------------------------------|----------|--------|
| MAC | 1132 | Mathematics-Calc & Pre Calc | Rejected | 3.00 F |

### 1999 Fall

| MAC | 1114 | Trigonometry | Accepted | 3.00 B |
|-----|------|--------------|----------|--------|

### 2000 Spring

| MAC | 1140 | Precalculus Alge | Rejected | 3.00 W |
|-----|------|------------------|----------|--------|
| PHY | 1001 | Technical Phys (Single Course | Rejected | 3.00 W |
| PHY | 1001L | Appl Physics Lab | Rejected | 1.00 W |

Unofficial Transcripts

### 2004 Summer

| ACG | 2001 | Principles Of Accounting I | Accepted | 3.00 B |
|-----|------|----------------------------|----------|--------|
| BUL | 2241 | Traditional Business Law | Accepted | 3.00 B |

### 2004 Fall

| STA | 2023 | Statistical Methods I | Accepted | 3.00 B |
|-----|------|------------------------|----------|--------|

### 2005 Spring

| MAC | 2233 | Calculus For Business & Soc. S | Accepted | 3.00 B |
|-----|------|--------------------------------|----------|--------|

### 2006 Summer

| GLY | 1010 | Introductory Geology | Accepted | 3.00 C |
|-----|------|----------------------|----------|--------|
| GLY | 1010L | Introductory Geology Lab | Accepted | 1.00 C |

Florida International University

- - - - -   **Beginning of Undergraduate Record**   - - - - -

**SUM 2005**

Program  : Pre-Bacc - Ugrd Spec
Plan     : Non-Degree Seeking Student Major

| BCN | 3611 | Const Estimating I | 3.00 | 3.00 A- | 11.010 |
|-----|------|--------------------|------|---------|--------|
| BCN | 3720 | Scheduling I | 3.00 | 3.00 A | 12.000 |

| | TERM GPA : | 3.835 | TERM TOTALS : | 6.00 | 6.00 | 23.010 |
|---|---|---|---|---|---|---|
| | CUM  GPA : | 3.835 | CUM  TOTALS : | 6.00 | 66.00 | 23.010 |

**FALL 2006**

Program  : Pre-Bacc - Ugrd Spec
Plan     : Non-Degree Seeking Student Major

| BCN | 3240 | Const Equipment | 3.00 | 3.00 A- | 11.010 |
|-----|------|-----------------|------|---------|--------|
| BCN | 3761 | Const Doc & Comm | 3.00 | 3.00 B+ | 9.990 |
| BCN | 4724 | Scheduling II | 3.00 | 3.00 B+ | 9.990 |

| | TERM GPA : | 3.443 | TERM TOTALS : | 9.00 | 9.00 | 30.990 |
|---|---|---|---|---|---|---|
| | CUM  GPA : | 3.600 | CUM  TOTALS : | 15.00 | 75.00 | 54.000 |

**SPR 2007**

Unofficial Transcripts

Program  : Pre-Bacc - Ugrd Spec
Plan     : Non-Degree Seeking Student Major

| | | | | | |
|---|---|---|---|---|---|
| BCN | 1013 | Prin Contruct Mgt | 3.00 | 3.00 B+ | 9.990 |
| BCN | 3727 | Const Sitework | 3.00 | 3.00 A- | 11.010 |
| BCN | 3753 | Fin Mgmt Const Org | 3.00 | 3.00 B+ | 9.990 |
| | TERM GPA : | 3.443    TERM TOTALS : | 9.00 | 9.00 | 30.990 |
| | CUM  GPA : | 3.541    CUM  TOTALS : | 24.00 | 84.00 | 84.990 |

### SUM 2007

Program  : Pre-Bacc - Ugrd Spec
Plan     : Non-Degree Seeking Student Major

| | | | | | |
|---|---|---|---|---|---|
| BCN | 2402 | Structural Design I | 3.00 | 3.00 C+ | 6.990 |
| BCN | 3730 | Construction Safety | 3.00 | 3.00 B | 9.000 |
| | TERM GPA : | 2.665    TERM TOTALS : | 6.00 | 6.00 | 15.990 |
| | CUM  GPA : | 3.366    CUM  TOTALS : | 30.00 | 90.00 | 100.980 |

### FALL 2007

Program  : Pre-Bacc - Ugrd Spec
Plan     : Non-Degree Seeking Student Major

| | | | | | |
|---|---|---|---|---|---|
| BCN | 3740 | Legal Aspects | 3.00 | | |
| BCN | 4431 | Structural Design II | 3.00 | | |
| | TERM GPA : | 0.000    TERM TOTALS : | 0.00 | 0.00 | 0.000 |
| | CUM  GPA : | 3.366    CUM  TOTALS : | 30.00 | 90.00 | 100.980 |

**Undergraduate Career Totals**

| | | | | |
|---|---|---|---|---|
| CUM  GPA : | 3.366    CUM  TOTALS : | 30.00 | 90.00 | 100.980 |

Return

AO 245E (Rev. 8/96) Sheet 6 - Statement of Reason

Judgment-Page __8__ of __8__

DEFENDANT:      **PAUL M. HOWELL**

CASE NUMBER:    **0:00CR06023-002**

## ADDITIONAL FINDINGS AND GUIDELINE APPLICATIONS EXCEPTIONS

The Court finds that the defendant was not in a position of private trust in which the victim suffered a loss and also that the defendant played a minor role in the offense.

AO 245B (Rev. 8/96) Sheet 6 - Statement of Reasons

Judgment-Page __7__ of __8__

DEFENDANT:  **PAUL M. HOWELL**

CASE NUMBER:  **0:00CR06023-002**

# STATEMENT OF REASONS

☐ The court adopts the factual findings and guideline application in the presentence report.

## OR

☒ The court adopts the factual findings and guideline application in the presentence report except (see attachment, if necessary):

    **See Additional Factual Findings and Guideline Application Exceptions - Page 8**

**Guideline Range Determined by the Court:**

    Total Offense Level:  **27**

    Criminal History Category:  **I**

    Imprisonment Range:  **70 to 87 months**

    Supervised Release Range:  **3 to 5 years**

    Fine Range: $ __12,500.00__ to $ __4,000,000.00__

    ☒ Fine waived or below the guideline range because of inability to pay.

Total Amount of Restitution: $ _____

☐ Restitution is not ordered because the complication and prolongation of the sentencing process resulting from the fashioning of a restitution order outweighs the need to provide restitution to any victims, pursuant to 18 U.S.C. § 3663(d).

☐ For offenses committed on or after September 13, 1994 but before April 23, 1996 that require the total amount of loss to be stated, pursuant to Chapters 109A, 110, 110A, and 113A of Title 18, restitution is not ordered because the economic circumstances of the defendant do not allow for the payment of any amount of a restitution order, and do not allow for the payment of any or some portion of a restitution order in the forseeable future under any reasonable schedule of payments.

☐ Partial restitution is ordered for the following reason(s):

☒ The sentence is within the guideline range, that range does not exceed 24 months, and the court finds no reason to depart from the sentence called for by the application of the guidelines.

## OR

☐ The sentence is within the guideline range, that range exceeds 24 months, and the sentence is imposed for the following reason(s):

## OR

☐ The sentence departs from the guideline range:

    ☐ upon motion of the government, as a result of defendant's substantial assistance.

    ☐ for the following specific reason(s):

AO 245B (Rev. 8/96) Sheet 5, Part B - Criminal Mor   Penalties

DEFENDANT:     PAUL M. HOWELL

CASE NUMBER:     0:00CR06023-002

Judgment-Page __6__ of __8__

# SCHEDULE OF PAYMENTS

Payments shall be applied in the following order: (1) assessment; (2) restitution; (3) fine principal; (4) cost of prosecution; (5) interest; (6) penalties.

Payment of the total fine and other criminal monetary penalties shall be due as follows:

A  ☒  in full immediately; or

B  ☐  $ _____ immediately, balance due (in accordance with C, D, or E); or

C  ☐  not later than _____ ; or

D  ☐  in installments to commence _____ day(s) after the date of this judgment. In the event the entire amount of criminal monetary penalties imposed is not paid prior to the commencement of supervision, the U.S. probation officer shall pursue collection of the amount due, and shall request the court to establish a payment schedule if appropriate; or

E  ☐  in _____ (e.g. equal, weekly, monthly, quarterly) installments of $ _____ over a period of _____ year(s) to commence _____ day(s) after the date of this judgment.

The defendant will receive credit for all payments previously made toward any criminal monetary penalties imposed.

Special instructions regarding the payment of criminal monetary penalties:

**The fine should be made payable to the Clerk, United States Courts, and forwarded to the Clerk of Court, 301 North Miami Avenue, Miami, Florida 33128-7788, Attention: Financial Section, Room 150.**

☐  The defendant shall pay the cost of prosecution.

☐  The defendant shall forfeit the defendant's interest in the following property to the United States:

Unless the court has expressly ordered otherwise in the special instructions above, if this judgment imposes a period of imprisonment payment of criminal monetary penalties shall be due during the period of imprisonment. All criminal monetary penalty payments, except those payments made through the Bureau of Prisons' Inmate Financial Responsibility Program are to be made as directed by the court, the probation officer, or the United States attorney.

AO 245E (Rev. 8/96) Sheet 5, Part A - Criminal Monetary Penalties

DEFENDANT:     **PAUL M. HOWELL**
CASE NUMBER:   **0:00CR06023-002**

## CRIMINAL MONETARY PENALTIES

The defendant shall pay the following total criminal monetary penalties in accordance with the schedule of payments set forth on Sheet 5, Part B.

|  | **Assessment** | **Fine** | **Restitution** |
|---|---|---|---|
| Totals: | $    100.00 | $    5,000.00 | $ |

☐ If applicable, restitution amount ordered pursuant to plea agreement . . . . . . . . . . . .    $ _____

## FINE

The above fine includes costs of incarceration and/or supervision in the amount of $ _____ .

The defendant shall pay interest on any fine of more than $2,500, unless the fine is paid in full before the fifteenth day after the date of judgment, pursuant to 18 U.S.C. § 3612(f). All of the payment options on Sheet 5, Part B may be subject to penalties for default and delinquency pursuant to 18 U.S.C. § 3612(g).

☐ The court determined that the defendant does not have the ability to pay interest and it is ordered that:

☐ The interest requirement is waived.

☐ The interest requirement is modified as follows:

## RESTITUTION

☐ The determination of restitution is deferred until _____ . An Amended Judgment in a Criminal Case will be entered after such a determination.

☐ The defendant shall make restitution to the following payees in the amounts listed below.

If the defendant makes a partial payment, each payee shall receive an approximately proportional payment unless specified otherwise in the priority order or percentage payment column below.

| Name of Payee | * Total Amount of Loss | Amount of Restitution Ordered | Priority Order or Percentage of Payment |
|---|---|---|---|
| | | | |
| Totals: | $ _____ | $ _____ | |

* Findings for the total amount of losses are required under Chapters 109A, 110, 110A, and 113A of Title 18 for offenses committed on or after September 13, 1994 but before April 23, 1996.

AO 245B (Rev. 8/96) Sheet 3 - Supervised Release

DEFENDANT:     PAUL M. HOWELL
CASE NUMBER:     0:00CR06023-002

## SPECIAL CONDITIONS OF SUPERVISION

The defendant shall participate in an approved treatment program for drug and/or alcohol abuse as directed by the U.S. Probation Officer. Participation may include inpatient/outpatient treatment, if deemed necessary. The defendant will contribute to the costs of services rendered (copayment) in an amount to be determined by the probation office, based on ability to pay or availability of third party payment.

The defendant shall provide complete access to financial information, including disclosure of all business and personal finances to the U.S. Probation Officer.

AO 245B (Rev. 8/96) Sheet 3 - Supervised Release

DEFENDANT:      PAUL M. HOWELL
CASE NUMBER:    0:00CR06023-002

Judgment-Page ___3___ of ___8___

## SUPERVISED RELEASE

Upon release from imprisonment, the defendant shall be on supervised release for a term of _____5_____ year(s)

The defendant shall report to the probation office in the district to which the defendant is released within 72 hours of release from the custody of the Bureau of Prisons.

The defendant shall not commit another federal, state, or local crime.

The defendant shall not illegally possess a controlled substance.

*For offenses committed on or after September 13, 1994:*

The defendant shall refrain from any unlawful use of a controlled substance. The defendant shall submit to one drug test within 15 days of release from imprisonment and at least two periodic drug tests thereafter, as directed by the probation officer.

☐ The above drug testing condition is suspended based on the court's determination that the defendant poses a low risk of future substance abuse. (Check, if applicable.)

☒ The defendant shall not possess a firearm as defined in 18 U.S.C. § 921. (Check, if applicable.)

If this judgment imposes a fine or a restitution obligation, it shall be a condition of supervised release that the defendant pay any such fine or restitution that remains unpaid at the commencement of the term of supervised release in accordance with the Schedule of Payments set forth in the Criminal Monetary Penalties sheet of this judgment.

The defendant shall comply with the standard conditions that have been adopted by this court (set forth below). The defendant shall also comply with the additional conditions on the attached page (if indicated below).
**See Special Conditions of Supervision - Page    4**.

## STANDARD CONDITIONS OF SUPERVISION

1) the defendant shall not leave the judicial district without the permission of the court or probation officer;
2) the defendant shall report to the probation officer and shall submit a truthful and complete written report within the first five days of each month;
3) the defendant shall answer truthfully all inquiries by the probation officer and follow the instructions of the probation officer;
4) the defendant shall support his or her dependents and meet other family responsibilities;
5) the defendant shall work regularly at a lawful occupation unless excused by the probation officer for schooling, training, or other acceptable reasons;
6) the defendant shall notify the probation officer ten days prior to any change in residence or employment;
7) the defendant shall refrain from excessive use of alcohol;
8) the defendant shall not frequent places where controlled substances are illegally sold, used, distributed, or administered;
9) the defendant shall not associate with any persons engaged in criminal activity, and shall not associate with any person convicted of a felony unless granted permission to do so by the probation officer;
10) the defendant shall permit a probation officer to visit him or her at any time at home or elsewhere and shall permit confiscation of any contraband observed in plain view of the probation officer;
11) the defendant shall notify the probation officer within seventy-two hours of being arrested or questioned by a law enforcement officer;
12) the defendant shall not enter into any agreement to act as an informer or a special agent of a law enforcement agency without the permission of the court;
13) as directed by the probation officer, the defendant shall notify third parties of risks that may be occasioned by the defendant's criminal record or personal history or characteristics, and shall permit the probation officer to make such notifications and to confirm the defendant's compliance with such notification requirement.

AO 245B (Rev. 8/96) Sheet 2 - Imprisonment

DEFENDANT: **PAUL M. HOWELL**
CASE NUMBER: **0:00CR06023-002**

Judgment-Page __2__ of __8__

# IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of ____70____ month(s) _____ .

☒ The court makes the following recommendations to the Bureau of Prisons:

**That the defendant receive substance abuse treatment while in prison and that he be designated to a facility in the Southern District of Florida.**

☒ The defendant is remanded to the custody of the United States Marshal.

☐ The defendant shall surrender to the United States Marshal for this district:

☐ at _____ a.m./p.m. on _____ .

☐ as notified by the United States Marshal.

☐ The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

☐ before 2 p.m. on _____ .

☐ as notified by the United States Marshal.

☐ as notified by the Probation or Pretrial Services Office.

# RETURN

I have executed this judgment as follows:

_____

_____

_____

Defendant delivered on _____ to _____

at _____ , with a certified copy of this judgment.

_____
UNITED STATES MARSHAL

By _____
Deputy U.S. Marshal

AO 245B (Rev. 8/96) Sheet 1 - Judgment in a Criminal Case

# United States District Court

## Southern District of Florida

UNITED STATES OF AMERICA

v.

**PAUL M. HOWELL**

**JUDGMENT IN A CRIMINAL CASE**

(For Offenses Committed On or After November 1, 1987)

Case Number:   **0:00CR06023-002**

**R. Michael Hursey, Esq./Roger Powell, AUSA**

Defendant's Attorney

### THE DEFENDANT:

☒ pleaded guilty to count(s)   1

☐ pleaded nolo contendere to count(s)
which was accepted by the court.

☐ was found guilty on count(s)
after a plea of not guilty.

| Title & Section | Nature of Offense | Date Offense Concluded | Count Number(s) |
|---|---|---|---|
| 21 U.S.C. § 963 | **Conspiracy to Import Cocaine** | 03/15/1988 | 1 |

FILED by ___ D.C.

JUN 7 2000

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

The defendant is sentenced as provided in pages 2 through __8__ of this judgment.  The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

☐ The defendant has been found not guilty on count(s)

☒ Count(s) 2-5                                are dismissed on the motion of the United States.

IT IS FURTHER ORDERED that the defendant shall notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid.

Defendant's Soc. Sec. No.: **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**

Defendant's Date of Birth: **02/28/1968**

Defendant's USM No.: **55175-004**

Defendant's Residence Address:

**Federal Detention Center**

**33 NE 4th Street**

**Miami**

Defendant's Mailing Address:

**Federal Detention Center**

**33 NE 4th Street**

**Miami**                                    **FL      33132**

06/07/2000

Date of Imposition of Judgment

Signature of Judicial Officer

**WILLIAM P. DIMITROULEAS**

**UNITED STATES DISTRICT JUDGE**

Name & Title of Judicial Officer

June 7, 2000

Date

Certified to be a true and
correct copy of the document on file
Clarence Maddox, Clerk,
U. S. District Court
Southern District of Florida
By _____ Deputy Clerk
Date 6/7/00