UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA,    CASE NO. 00-6023-CR-DIMITROULEAS

    Plaintiff,

vs.

PAUL M. HOWELL,

    Defendants.
_____/

### ORDER DEFERRING RULING

THIS CAUSE having been heard upon Defendant's pro se September 28, 2007 Motion For Early Termination of Supervised Release, the Court defers ruling for five (5) days to await a response from the Government.

DONE AND ORDERED in Chambers at Fort Lauderdale, Broward County, Florida, this 5th day of October, 2007.

WILLIAM P. DIMITROULEAS
United States District Judge

Copies furnished to:

Michael Hursey, P.A.
305 S. Andrews Avenue, #800
Ft. Lauderdale, Florida 33301

Roger Powell, AUSA

Paul M. Howell
1876 SW 177 Terrace
Miramar, Florida 33029

Case 0:00-cr-06023-WPD    Document 187    Entered on FLSD Docket 10/09/2007    Page 2 of 2