UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 00-6023-CR-DIMITROLEAS

UNITED STATES OF AMERICA     )
                             )
                             )
                             )
                             )
v.                           )
                             )
                             )
                             )
PAUL M. HOWELL,              )
                             )
           Defendant.        )
_____)

**GOVERNMENT'S RESPONSE TO DEFENDANT'S
MOTION TO TERMINATE SUPERVISED RELEASE**

The United States of America, by and through the undersigned Assistant United States Attorney, hereby files this *Response in opposition to Defendant's Motion to Terminate Supervised Release*, and would state the following:

1. Defendant Paul Howell was sentence to served 70 months imprisonment followed by 5 year's supervise release and is not scheduled to terminate his term of supervised release until February 26, 2009. Defendant Howell has performed well on supervised release, thus his supervision status has been reduced to only reporting once per month by telephone. While this effort is to be commended it does not rise to the level of hardship for example necessitating an immediate termination of the remaining period of supervised release.

2. The nature of the Defendant's original conviction for conspiracy to distribute multiple kilograms of marijuana and cocaine does not lend itself to operating in society without continued benefit of supervised release in the community.

3.    The Defendant states that he obtained a concurring favorable recommendation from his *former* probation office Karen Howard. However, on this date undersigned counsel was able to speak with the Defendant's current probation officer, Lynell Fahie, who opposes this request for early termination.

**WHEREFORE**, the Government respectfully submits this request for early termination of supervised release should be denied at this time.

Respectfully submitted,

R. ALEXANDER ACOSTA
UNITED STATES ATTORNEY

By:    r/Roger W. Powell
ROGER W. POWELL
ASSISTANT UNITED STATES ATTORNEY
Florida Bar No. 341411
500 E. Broward Blvd., Suite 700
Ft. Lauderdale, Florida 33394
Tel: (954) 356-7255
Fax:(954) 356-7336

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was delivered by United States mail this   12th   day of   October  , 2007 to:

Paul M. Howell
1876 SW 177 Terrace
Miramar, Florida  33029

 S/Roger W. Powell
ROGER W. POWELL
ASSISTANT UNITED STATES ATTORNEY