UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA,                    CASE NO. 00-6023-CR-DIMITROULEAS

    Plaintiff,

vs.

PAUL M. HOWELL,

    Defendants.
_____/

## O R D E R

    THIS CAUSE having been heard upon Defendant's pro se September 28, 2007 Motion to Terminate Supervised Release [DE-186], and the Court having received a response from the Government [DE-188], the Motion to Terminate Supervised Release [DE-186] is Denied. Pursuant to 18 U.S.C. § 3583(e), the Court has considered the factors set forth in 18 U.S.C. 3553. The Court has jurisdiction to terminate the supervised release on this case if such action is warranted by Defendant's conduct or in the interest of justice. The Court declines to exercise discretion in this case. The Motion to Terminate Supervised Release [DE-186] is Denied.

    DONE AND ORDERED in Chambers at Fort Lauderdale, Broward County, Florida, this 15th day of October, 2007.

                                  WILLIAM P. DIMITROULEAS
                                  United States District Judge

Copies furnished to:

Roger Powell, AUSA

Paul M. Howell
1876 SW 177 Terrace
Miramar, Florida 33029

Lynell Fahie, USPO